L.B.F. 3007-1

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                    :
    John Thomas Keenan        : Chapter 13
Debtor                                   : Bky. No. 19-13220

### NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

**John Thomas Keenan has filed an objection to the proof of claim you filed in this bankruptcy case.**

1. **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection,** scheduled to be held on July 23, 2019 at 11:00 a.m., in Courtroom #1, United States Bankruptcy Court **The Madison 400 Washington Street Courtroom #1, 3rd Floor Reading, PA 19601**. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below at least 7 days before the hearing date**. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Date: _____

                                              Jason M. Rapa, Esuire

                                              Rapa Law Office, P.C.
                                              141 South 1st St,
                                              Lehighton, PA 18235
                                              610-377-7730
                                              610-377-7731
                                              jrapa@rapalegal.com