## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| John Keenan | : | |
| Debtor. | : | Case No.: 19-13220 |

### CERTIFICATION OF NO RESPONSE

AND NOW, this ___ day of ___ 2019, Jason M. Rapa, Esquire, of Rapa Law Office, P.C., attorney for the above-captioned Debtor, herby certifies that no response was filed or served on him with respect to the Notice dated June 13, 2019 of the filing of the filing of the Objection to Claim Number 4 by Claimant LVNV Funding, LLC. .

Dated: 7/22/2019                                        Rapa Law Office, P.C.

                                                By: _____
                                                Jason M. Rapa, Esquire
                                                Attorney ID 89419
                                                141 South 1st Street
                                                Lehighton, PA 18235
                                                (610) 377-7730 phone
                                                (610) 377-7731 fax