UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| John Thomas Keenan, | : | |
| Debtor. | : | Case No.: 19-13220 |

| | |
|---|---|
| John Thomas Keenan | : |
| Objector, | : |
| | : |
| v. | : |
| | : |
| LVNV Funding | : |
| Respondent. | : |

## ORDER

AND NOW, this 29th day of July, 2019, upon consideration of the Objection to Proof of Claim Number Four (4) LVNV Funding and after a hearing,

IT IS HEREBY **ORDERED** that Proof of Claim Number Four (4) filed by LVNV Funding, is **DISALLOWED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**