United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-13220-elf
John Thomas Keenan                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: JEGilmore         Page 1 of 1          Date Rcvd: Jul 29, 2019
                             Form ID: pdf900         Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2019.
db            +John Thomas Keenan,    5177 Foxcroft Drive,    Schnecksville, PA 18078-2629
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 30 2019 03:07:56
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 30 2019 03:08:02     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jul 30 2019 03:11:07      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2019 at the address(es) listed below:
              JASON M. RAPA    on behalf of Debtor John Thomas Keenan jrapa@rapalegal.com,
               mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com
              REBECCA ANN SOLARZ    on behalf of Creditor   FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    John Thomas Keenan, | : | |
|         Debtor. | : | Case No.: 19-13220 |

| | | |
|---|---|---|
| John Thomas Keenan | : | |
|         Objector, | : | |
| | : | |
| v. | : | |
| | : | |
| LVNV Funding | : | |
|         Respondent. | : | |

# ORDER

AND NOW, this 29th day of July, 2019, upon consideration of the Objection to Proof of Claim Number Four (4) LVNV Funding and after a hearing,

IT IS HEREBY **ORDERED** that Proof of Claim Number Four (4) filed by LVNV Funding, is **DISALLOWED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**