UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     JOHN THOMAS KEENAN <br><br><br>     Debtor | Chapter 13 <br> Bankruptcy No.19-13220-ELF |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 5th day of November, 2019, by first class mail upon those listed below:

JOHN THOMAS KEENAN
5177 FOXCROFT DRIVE
SCHNECKSVILLE, PA  18078

**Electronically via CM/ECF System Only:**

JASON M RAPA ESQ
RAPA LAW OFFICE P C
141 S 1ST STREET
LEHIGHTON, PA  18235


                                                */s/ Deborah A. Earnshaw*
                                                Deborah A. Earnshaw
                                                for
                                                Scott F. Waterman, Esquire
                                                Standing Chapter 13 Trustee