# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

**JOHN THOMAS KEENAN**

**SHARON K. KEENAN (Non-filing Co-Debtor)**
Debtors

CHAPTER 13

BK. No. 19-13220 PMM

## ORDER

AND NOW, this 27th day of May, 2020, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

*Patricia M. Mayer*

**PATRICIA M. MAYER**,
**Bankruptcy Judge**