| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-13220-PMM

JOHN THOMAS KEENAN  
5177 FOXCROFT DRIVE  
SCHNECKSVILLE  PA    18078

Petition Filed Date: 05/17/2019  
341 Hearing Date: 07/30/2019  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/14/2019 | $1,226.00 | Monthly Plan P | 07/29/2019 | $1,230.00 | Monthly Plan P | 08/26/2019 | $1,230.00 | Monthly Plan P |
| 10/01/2019 | $1,230.00 |  | 10/28/2019 | $1,230.00 |  | 12/02/2019 | $1,230.00 |  |
| 12/30/2019 | $1,230.00 |  | 01/28/2020 | $1,230.00 |  | 03/05/2020 | $1,580.00 |  |
| 04/02/2020 | $1,580.00 |  | 05/01/2020 | $1,625.00 |  |  |  |  |

**Total Receipts for the Period: $14,621.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $14,621.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,621.00 | Current Monthly Payment: | $974.78 |
| Paid to Claims: | $0.00 | Arrearages: | ($974.78) |
| Paid to Trustee: | $1,361.61 | Total Plan Base: | $89,853.80 |
| Funds on Hand: | $13,259.39 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.