UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: John Thomas Keenan | : | Chapter 13 |
| | : | |
| Debtor. | : | Case No.: 19-13220 |

### CERTIFICATION OF NO OBJECTION

AND NOW, Jason M. Rapa, Esquire, of Rapa Law Office, P.C., attorney for the above-captioned Debtor, herby certifies that no unresolved objection was filed or served on him with respect to the Notice dated September 4, 2020 of the filing of the filing of the Application for Compensation and Reimbursement of Expenses.

Dated: September 25, 2020

By: Rapa Law Office, P.C.

_____
Jason M. Rapa, Esquire
Attorney ID 89419
141 South 1st Street
Lehighton, PA 18235
(610) 377-7730 phone
(610) 377-7731 fax