## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

John Thomas Keenan,               :        Chapter 13


                Debtor            :        Bky. No. 19-13220 PMM

# O R D E R

**AND NOW**, upon consideration of the Application for Compensation (doc. no. 56) filed

by the Debtor's counsel, Jason M. Rapa ("the Applicant"), and upon the Applicant's certification

that proper service has been made on all interested parties and upon the Applicant's certification

of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is allowed in favor of the Applicant in the amount of $4,000.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation

   less $2,000.00 which was paid by the Debtor prepetition, as an administrative expense

   pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C.

   §330(a)(4)(B).

4. The compensation may be paid to the Applicant in accordance with the terms of the

   confirmed Plan.

**Date:** September 28, 2020

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**