United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
John Thomas Keenan  
    Debtor(s)

Case No. 19-13220-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: JEGilmore     Page 1 of 2  
Date Rcvd: Sep 28, 2020     Form ID: pdf900     Total Noticed: 9

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Thomas Keenan, 5177 Foxcroft Drive, Schnecksville, PA 18078-2629 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 29 2020 02:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 29 2020 02:55:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Sep 29 2020 03:06:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.  
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 30, 2020        Signature:      /s/Joseph Speetjens

District/off: 0313-4 | User: JEGilmore | Page 2 of 2
Date Rcvd: Sep 28, 2020 | Form ID: pdf900 | Total Noticed: 9

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| JASON M. RAPA | on behalf of Debtor John Thomas Keenan jrapa@rapalegal.com mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com |
| JEROME B. BLANK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION paeb@fedphe.com |
| REBECCA ANN SOLARZ | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| ROBERT J. DAVIDOW | on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com |
| SCOTT F. WATERMAN (Chapter 13) | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor FREEDOM MORTGAGE CORPORATION paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**John Thomas Keenan,**       :       Chapter 13

        **Debtor**       :       Bky. No. 19-13220 PMM

**O R D E R**

**AND NOW**, upon consideration of the Application for Compensation (doc. no. 56) filed by the Debtor's counsel, Jason M. Rapa ("the Applicant"), and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is allowed in favor of the Applicant in the amount of $4,000.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant the allowed compensation less $2,000.00 which was paid by the Debtor prepetition, as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B).

4. The compensation may be paid to the Applicant in accordance with the terms of the confirmed Plan.

**Date:** September 28, 2020

                                      **PATRICIA M. MAYER**
                                      **U.S. BANKRUPTCY JUDGE**