| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-13220-PMM**

JOHN THOMAS KEENAN
5177 FOXCROFT DRIVE
SCHNECKSVILLE  PA   18078

Petition Filed Date: 05/17/2019
341 Hearing Date: 07/30/2019
Confirmation Date: 09/03/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2020 | $1,230.00 | | 03/05/2020 | $1,580.00 | | 04/02/2020 | $1,580.00 | |
| 05/01/2020 | $1,625.00 | | 10/02/2020 | $1,675.00 | | 10/30/2020 | $1,675.00 | |
| 11/30/2020 | $1,675.00 | | 01/05/2021 | $1,675.00 | | 02/04/2021 | $1,675.00 | |
| 03/05/2021 | $1,675.00 | | 04/05/2021 | $1,675.00 | | 04/30/2021 | $1,675.00 | |

**Total Receipts for the Period: $19,415.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $28,021.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JASON M RAPA ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | ONE MAIN FINANCIAL »» 001 | Unsecured Creditors | $2,486.55 | $262.38 | $2,224.17 |
| 2 | PEOPLE FIRST FCU »» 002 | Unsecured Creditors | $5,046.33 | $532.49 | $4,513.84 |
| 3 | PINNACLE CREDIT SERVICES LLC »» 003 | Unsecured Creditors | $3,498.15 | $369.12 | $3,129.03 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | DISCOVER BANK »» 005 | Unsecured Creditors | $1,871.21 | $197.46 | $1,673.75 |
| 6 | TOYOTA MOTOR CREDIT CORP »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | BANK OF AMERICA NA »» 007 | Unsecured Creditors | $2,514.79 | $265.35 | $2,249.44 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR »» 008 | Unsecured Creditors | $303.67 | $32.04 | $271.63 |
| 9 | US DEPARTMENT OF EDUCATION »» 009 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | WELLS FARGO EDUCATION »» 010 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | KINECTA FEDERAL CREDIT UNION »» 011 | Secured Creditors | $398.80 | $398.80 | $0.00 |
| 12 | FREEDOM MORTGAGE CORPORATION »» 012 | Mortgage Arrears | $17,252.02 | $17,252.02 | $0.00 |
| 13 | LVNV FUNDING LLC »» 013 | Unsecured Creditors | $14,245.53 | $1,503.16 | $12,742.37 |
| 14 | LVNV FUNDING LLC »» 014 | Unsecured Creditors | $2,042.80 | $215.55 | $1,827.25 |

| 15 | PORTFOLIO RECOVERY ASSOCIATES »» 015 | Unsecured Creditors | $3,078.19 | $324.81 | $2,753.38 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 016 | Unsecured Creditors | $5,176.37 | $546.20 | $4,630.17 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $3,292.38 | $347.42 | $2,944.96 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES »» 018 | Unsecured Creditors | $4,966.94 | $524.11 | $4,442.83 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES »» 019 | Unsecured Creditors | $684.90 | $72.27 | $612.63 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES »» 020 | Unsecured Creditors | $4,644.98 | $490.13 | $4,154.85 |
| 21 | AFC FIRST FINANCIAL CORP »» 021 | Unsecured Creditors | $3,678.11 | $388.10 | $3,290.01 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $28,021.00 | Current Monthly Payment: | $1,671.84 |
| Paid to Claims: | $25,721.41 | Arrearages: | $1,646.56 |
| Paid to Trustee: | $2,299.59 | Total Plan Base: | $89,853.80 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.