| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-13220-PMM

JOHN THOMAS KEENAN
5177 FOXCROFT DRIVE
SCHNECKSVILLE  PA   18078

Petition Filed Date: 05/17/2019
341 Hearing Date: 07/30/2019
Confirmation Date: 09/03/2020

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $1,675.00 | | 04/30/2021 | $1,675.00 | | 06/11/2021 | $1,675.00 | |
| 07/13/2021 | $1,675.00 | | 08/06/2021 | $1,675.00 | | 09/08/2021 | $1,675.00 | |
| 10/05/2021 | $1,675.00 | | 10/29/2021 | $1,675.00 | | 12/06/2021 | $1,675.00 | |
| 01/06/2022 | $1,675.00 | | 02/07/2022 | $1,675.00 | | 03/04/2022 | $1,675.00 | |
| 04/14/2022 | $1,675.00 | | 05/13/2022 | $1,675.00 | | 06/21/2022 | $1,675.00 | |
| 07/21/2022 | $1,675.00 | | | | | | | |

**Total Receipts for the Period: $26,800.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $51,471.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JASON M RAPA ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | ONE MAIN FINANCIAL<br>»» 001 | Unsecured Creditors | $2,486.55 | $1,189.03 | $1,297.52 |
| 2 | PEOPLE FIRST FCU<br>»» 002 | Unsecured Creditors | $5,046.33 | $2,413.11 | $2,633.22 |
| 3 | PINNACLE CREDIT SERVICES LLC<br>»» 003 | Unsecured Creditors | $3,498.15 | $1,672.76 | $1,825.39 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | DISCOVER BANK<br>»» 005 | Unsecured Creditors | $1,871.21 | $894.78 | $976.43 |
| 6 | TOYOTA MOTOR CREDIT CORP<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | BANK OF AMERICA NA<br>»» 007 | Unsecured Creditors | $2,514.79 | $1,202.55 | $1,312.24 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 008 | Unsecured Creditors | $303.67 | $145.19 | $158.48 |
| 9 | US DEPARTMENT OF EDUCATION<br>»» 009 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | WELLS FARGO EDUCATION<br>»» 010 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | KINECTA FEDERAL CREDIT UNION<br>»» 011 | Secured Creditors | $398.80 | $398.80 | $0.00 |
| 12 | FREEDOM MORTGAGE CORPORATION<br>»» 012 | Mortgage Arrears | $17,252.02 | $17,252.02 | $0.00 |
| 13 | LVNV FUNDING LLC<br>»» 013 | Unsecured Creditors | $14,245.53 | $6,812.07 | $7,433.46 |

**Chapter 13 Case No. 19-13220-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 14 | LVNV FUNDING LLC »» 014 | Unsecured Creditors | $2,042.80 | $976.87 | $1,065.93 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES »» 015 | Unsecured Creditors | $3,078.19 | $1,471.95 | $1,606.24 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 016 | Unsecured Creditors | $5,176.37 | $2,475.26 | $2,701.11 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $3,292.38 | $1,574.40 | $1,717.98 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES »» 018 | Unsecured Creditors | $4,966.94 | $2,375.12 | $2,591.82 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES »» 019 | Unsecured Creditors | $684.90 | $327.52 | $357.38 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES »» 020 | Unsecured Creditors | $4,644.98 | $2,221.17 | $2,423.81 |
| 21 | AFC FIRST FINANCIAL CORP »» 021 | Unsecured Creditors | $3,678.11 | $1,758.82 | $1,919.29 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $51,471.00 | Current Monthly Payment: | $1,671.84 |
| Paid to Claims: | $47,161.42 | Arrearages: | $1,602.32 |
| Paid to Trustee: | $4,309.56 | Total Plan Base: | $89,853.80 |
| Funds on Hand: | $0.02 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.