Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 19-13220-PMM**

JOHN THOMAS KEENAN  
5177 FOXCROFT DRIVE  
SCHNECKSVILLE  PA  18078

Petition Filed Date: 05/17/2019  
341 Hearing Date: 07/30/2019  
Confirmation Date: 09/03/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $1,675.00 | | 09/16/2022 | $1,675.00 | | 10/14/2022 | $1,675.00 | |
| 11/17/2022 | $1,675.00 | | 12/19/2022 | $1,675.00 | | 01/12/2023 | $1,675.00 | |
| 02/09/2023 | $1,675.00 | | 03/09/2023 | $1,675.00 | | 04/06/2023 | $1,675.00 | |
| 05/04/2023 | $1,675.00 | | 06/02/2023 | $1,675.00 | | 06/29/2023 | $1,675.00 | |

**Total Receipts for the Period: $20,100.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $71,571.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JASON M RAPA ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | ONE MAIN FINANCIAL »» 001 | Unsecured Creditors | $2,486.55 | $1,985.38 | $501.17 |
| 2 | PEOPLE FIRST FCU »» 002 | Unsecured Creditors | $5,046.33 | $4,029.27 | $1,017.06 |
| 3 | PINNACLE CREDIT SERVICES LLC »» 003 | Unsecured Creditors | $3,498.15 | $2,793.08 | $705.07 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | DISCOVER BANK »» 005 | Unsecured Creditors | $1,871.21 | $1,494.07 | $377.14 |
| 6 | TOYOTA MOTOR CREDIT CORP »» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | BANK OF AMERICA NA »» 007 | Unsecured Creditors | $2,514.79 | $2,007.95 | $506.84 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR »» 008 | Unsecured Creditors | $303.67 | $242.47 | $61.20 |
| 9 | US DEPARTMENT OF EDUCATION »» 009 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | WELLS FARGO BANK NA »» 010 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | KINECTA FEDERAL CREDIT UNION »» 011 | Secured Creditors | $398.80 | $398.80 | $0.00 |
| 12 | FREEDOM MORTGAGE CORPORATION »» 012 | Mortgage Arrears | $17,252.02 | $17,252.02 | $0.00 |
| 13 | LVNV FUNDING LLC »» 013 | Unsecured Creditors | $14,245.53 | $11,374.37 | $2,871.16 |
| 14 | LVNV FUNDING LLC »» 014 | Unsecured Creditors | $2,042.80 | $1,631.09 | $411.71 |

**Chapter 13 Case No. 19-13220-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | PORTFOLIO RECOVERY ASSOCIATES »» 015 | Unsecured Creditors | $3,078.19 | $2,457.78 | $620.41 |
| 16 | PORTFOLIO RECOVERY ASSOCIATES »» 016 | Unsecured Creditors | $5,176.37 | $4,133.07 | $1,043.30 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $3,292.38 | $2,628.83 | $663.55 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES »» 018 | Unsecured Creditors | $4,966.94 | $3,965.86 | $1,001.08 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES »» 019 | Unsecured Creditors | $684.90 | $546.87 | $138.03 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES »» 020 | Unsecured Creditors | $4,644.98 | $3,708.79 | $936.19 |
| 21 | AFC FIRST FINANCIAL CORP »» 021 | Unsecured Creditors | $3,678.11 | $2,936.78 | $741.33 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $71,571.00 | Current Monthly Payment: | $1,671.84 |
| Paid to Claims: | $65,586.48 | Arrearages: | $1,564.40 |
| Paid to Trustee: | $5,984.52 | Total Plan Base: | $89,853.80 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.