IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

JOHN KEENAN  : CHAPTER 13
: CASE NO. 19-13220

Debtor(s)

## CERTIFICATION OF NO DOMESTIC SUPPORT OBLIGATIONS

I, John Keenan, certify that I have no Domestic Support Obligations.

Date:   March 20, 2024                    /s/John Keenan
                                          Debtor