United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13220-pmm |
| John Thomas Keenan | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 21, 2024 | Form ID: 138OBJ | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Thomas Keenan, 5177 Foxcroft Drive, Schnecksville, PA 18078-2629 |
| 14326576 | + | AFC First Financial, 1005 Brookside Rd.,, Allentown, PA 18106-9023 |
| 14326580 | | Capital One, PO Box 3021, Salt Lake City, UT 84130 |
| 14326585 | + | Freedom Mortgage Corp, 1901 E Voorhees St.,, Ste C, Danville, IL 61834-4512 |
| 14415364 | | Freedom Mortgage Corporation, C/o Robert J. Davidow, Esq, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14647340 | + | Freedom Mortgage Corporation, C/O Mario Hanyon, Brock and Scott, PLLC, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 14337808 | + | Freedom Mortgage Corporation, c/o Rebecca A Solarz, Esquire, KML law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, Pa 19106-1541 |
| 14337176 | + | Freedom Mortgage Corporation c/o Rebecca A. Solarz, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14326594 | ++ | PEOPLE FIRST FEDERAL CREDIT UNION, 2141 DOWNYFLAKE LN, ALLENTOWN PA 18103-4799 address filed with court:, People First Federal Credit Union, 2141 Downyflake Lane, Allentown, PA 18103 |
| 14376192 | + | Renew Financial II d/b/a AFC First Financial Corp, 1275 Glenlivet Dr Suite 310, Allentown, PA 18106-3108 |
| 14326596 | + | Sharon Keenan, 5177 Foxcroft Drive, Schnecksville, PA 18078-2629 |
| 14327165 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14326603 | + | US Dept. of Education/GL, 2401 International, PO Box 7859, Madison, WI 53707-7859 |
| 14326604 | | Wells Fargo/EFS, PO Box 5185, Sioux Falls, SD 57117 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 22 2024 00:40:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 22 2024 00:40:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14326577 | ^ | MEBN | Mar 22 2024 00:33:17 | Asset Recovery Solutions, LLC, 2200 Devon Ave #200, Des Plaines, IL 60018-4501 |
| 14326578 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 22 2024 00:39:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14347844 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 22 2024 00:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14326579 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 22 2024 00:40:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14326581 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 22 2024 00:50:14 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |

Case 19-13220-pmm   Doc 81   Filed 03/23/24   Entered 03/24/24 00:28:45   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 21, 2024 | Form ID: 138OBJ | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| 14326583 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 22 2024 00:39:17 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14326584 | | Email/Text: mrdiscen@discover.com | Mar 22 2024 00:40:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850 |
| 14332099 | | Email/Text: mrdiscen@discover.com | Mar 22 2024 00:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14647341 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 22 2024 00:40:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14361984 | | Email/Text: Bankruptcy@Freedommortgage.com | Mar 22 2024 00:40:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14326587 | ^ | MEBN | Mar 22 2024 00:33:21 | KML Law Group, P.C., Suit 5000 BNY Mellon Indepence Cent, 701 Market St., Philadelphia, PA 19106-1541 |
| 14326586 | + | Email/Text: bankruptcydept@kinecta.org | Mar 22 2024 00:40:00 | Kinecta Federal Credit Union, PO Box 1003, Manhattan Beach, CA 90267-1003 |
| 14331818 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2024 00:50:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14326588 | + | Email/Text: Documentfiling@lciinc.com | Mar 22 2024 00:40:00 | Lending Club Corp., 71 Stevenson St., Ste. 300, San Francisco, CA 94105-2985 |
| 14326590 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 22 2024 00:50:28 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14330045 | | Email/PDF: cbp@omf.com | Mar 22 2024 00:39:49 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14326592 | + | Email/PDF: cbp@omf.com | Mar 22 2024 00:38:24 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 14362419 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 22 2024 00:49:58 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14326593 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 22 2024 00:50:03 | Paypal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 14331656 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2024 00:50:18 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14326595 | ^ | MEBN | Mar 22 2024 00:33:19 | Prosper Marketplace, 221 Main St., Ste 300, San Francisco, CA 94105-1909 |
| 14354882 | | Email/Text: bnc-quantum@quantum3group.com | Mar 22 2024 00:40:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14326598 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 22 2024 00:50:00 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 14326599 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 22 2024 00:39:49 | SYNCB/Sam's Club, PO Box 965005, Orlando, FL 32896-5005 |
| 14326600 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 22 2024 00:50:22 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 14326597 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 22 2024 00:50:02 | Sunoco/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14326601 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 22 2024 00:40:00 | The Bank of Missouri, PO Box 4499, Beaverton, OR 97076-4499 |
| 14326602 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 22 2024 00:40:00 | Toyota Motor Credit, 5005 N River Blvd., Cedar Rapids, IA 52411-6634 |
| 14343474 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 22 2024 00:40:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14355955 | | Email/Text: electronicbkydocs@nelnet.net | | |

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 21, 2024 | Form ID: 138OBJ | Total Noticed: 48 |

|  |  | Mar 22 2024 00:40:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
|---|---|---|---|
| 14361582 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 22 2024 00:38:25 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14785625 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 22 2024 00:49:57 | Wells Fargo Bank, N.A. - Wells Fargo Education, Financial Services, PO Box 564300, Charlotte, NC 28256-4300 |

TOTAL: 34

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14326582 | *+ | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14326589 | *+ | Lending Club Corp., 71 Stevenson St., Ste. 300, San Francisco, CA 94105-2985 |
| 14326591 | ##+ | Milestone MAB&T, 216 W. 2nd St.,, Dixon, MO 65459-8048 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com |
| JASON M. RAPA | on behalf of Debtor John Thomas Keenan jrapa@rapalegal.com secretary@rapalegal.com;jheffelfinger@rapalegal.com;rapa.jasonr115952@notify.bestcase.com;reception@rapalegal.com |
| JEROME B. BLANK | on behalf of Creditor FREEDOM MORTGAGE CORPORATION jblank@pincuslaw.com  mmorris@pincuslaw.com |
| MARIO J. HANYON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor FREEDOM MORTGAGE CORPORATION mfarrington@kmllawgroup.com |
| ROBERT J. DAVIDOW | on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Scott F Waterman | |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 21, 2024 | Form ID: 138OBJ | Total Noticed: 48 |

on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

THOMAS SONG

on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: John Thomas Keenan

    Debtor(s)

Case No: 19−13220−pmm

Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/21/24